CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RJU
APR 09 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FAHED TAWALBEH,<br>Petitioner, | )<br>)   Civil Action No. 7:07CV00145<br>) |
| v. | )   MEMORANDUM OPINION<br>) |
| UNITED STATES OF AMERICA,<br>Respondent. | )   By: Hon. Jackson L. Kiser<br>)   Senior United States District Judge |

Petitioner, Fahed Tawalbeh, a federal inmate proceeding pro se, has submitted to the court a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.[1] Upon review of the record, I conclude that the action must be dismissed as successive. To the extent that Tawalbeh wishes to raise this as a motion to reduce his sentence pursuant to 18 U.S.C. § 35820(c)(2), the court will file this as a motion in his criminal case - 7:97CR00024.

I.

Tawalbeh challenges his 431 month sentence for offenses arising out of the burning of a competitor's store with a "Molotov Cocktail." Court records indicate that Tawalbeh has previously filed a § 2255 motion, Civil Action No. 7:00CV00858 (W.D. Va.), regarding the same conviction and/or sentence. This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255 ¶ 8. As Tawalbeh has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive §2255 motion,

---

[1] Although Tawalbeh titled his motion a "motion to modify sentence pursuant to Title 28 USC § 3582(c)(2)," the court believes that it is most appropriately construed as a motion pursuant to § 2255 because Tawalbeh is challenging his federal conviction and sentence.

I must dismiss his petition as successive.[2]

## II.

For the reasons stated, I hereby deny Tawalbeh's motion and dismiss it as a successive § 2255 petition. To the extent that Tawalbeh wishes to raise this as a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), the court will file this as a motion in his criminal case - 7:97CR00024.

The Clerk is directed to send certified copies of this Memorandum Opinion and the accompanying Order to all parties.

ENTER: This 9th day of April, 2007.

Senior United States District Judge

---

[2] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244 (as amended, 1996). A Fourth Circuit form and instructions for filing this motion will be included with this notice or are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.